**PRESTON**, Respondent, v. TUCK, Appellant. (Supreme Court, Appellate Division, Second Department. March 15, 1912.) Action by Henry L. Preston against Jacob Tuck.

PER CURIAM. Motion for leave to present the appeal upon the original stenographer's

minutes and the exhibits denied, without costs. Motion for stay denied, without costs, on condition that the respondent file a bond to secure the appellant in the sum of $1,500, and thereupon the appellant deliver to the respondent all papers and documents upon which appellant asserts a lien and execute all necessary consents to the payment of all moneys belonging to the respondent, which are withheld on account of any asserted lien, all without prejudice to the lien, if any; otherwise, motion for stay granted, with $10 costs.